# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

**DONALD BRASHER,**

    **Plaintiff,**

**v.**       Case No.: 4:18-cv-576-ACA

**ALLSTATE INDEMNITY COMPANY,**

    **Defendant.**

## ORDER

Pursuant to the Agreed Motion for Dismissal with Prejudice filed by the parties (doc. 140), the court **DISMISSES** this action **WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this April 28, 2021.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE